■ GERTRUDE LAMBERTI et al., Respondents, v. ARTHUR V. ANDERSON, Appellant.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from an order granting a motion to set aside, as inadequate, a verdict of $1,500 for personal injuries and $500 for medical expenses and loss of services, and granting a new trial unless within a specified time a stipulation be filed increasing such verdict to $9,000 and $1,000, respectively. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ RICHARD F. LEHMAN, Respondent, v. DICTOGRAPH PRODUCTS, INC., Appellant. DICTOGRAPH PRODUCTS, INC., Plaintiff, v. RICHARD F. LEHMAN, Defendant.— On or about March 27, 1957, Dictograph Products, Inc., commenced action in the Municipal Court of the City of New York, Borough of Queens, Fourth District, to recover alleged overpayments on account of bonuses from Richard F. Lehman, its former employee. On or about April 2, 1957 Lehman commenced action against Dictograph Products, Inc. in the Supreme Court, Queens County, to recover balances of salary and bonuses alleged to be due and unpaid. This appeal is from so much of an order removing the Municipal Court action to the Supreme Court and consolidating it with the action pending in that court, as provides that Lehman shall be the plaintiff in the consolidated action with the right to open and close and that Dictograph Products, Inc., shall be the defendant therein. Order modified by striking therefrom the fourth ordering paragraph and by providing instead that Dictograph Products, Inc., shall be the plaintiff in the consolidated action with the right to open and close and that Lehman shall be the defendant therein. As so modified, order, insofar as appealed from, affirmed, with $10 costs and disbursements to the appellant. There are no special circumstances which warrant denial to appellant, whose action was first commenced, of the right to open and close. (Brink's Express Co. v. Burns, 230 App. Div. 559; Bril v. Storm, 275 App. Div. 954.) Nolan, P. J., Murphy, Ughetta and Hallinan, JJ., concur; Kleinfeld, J., dissents and votes to affirm the order without modification, on the ground that the granting of the right to open and close in a consolidated action is discretionary. No abuse of discretion has been demonstrated on the appeal. (Crescent Puritan Laundry Co. v. McNamara, 254 App. Div. 646.)

■ JOSEPH A. NICKERSON, Respondent, v. STANLEY D. BROWN et al., Appellants.— In an action for an accounting and for other relief, the appeal is from an order denying a motion to dismiss the complaint, pursuant to section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice, for failure diligently to prosecute the action. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Hallinan and Kleinfeld, JJ., concur; Nolan, P. J., and Murphy, J., dissent and vote to reverse the order and to grant the motion on the ground that it was, on the facts presented, an improvident exercise of discretion to have denied the motion.